384 A.2d 1000

Meyer, et vir. v. Bohince, Appellant.

Argued November 22, 1977. Scott O. Mears, with him Avra N. Pershing, Jr., for appellant; Leonard A. Redlich, with him Robert Y. Cassol, for appellees.

Order affirmed.

384 A.2d 1000

Mikita, et al. v. Krofina, Appellant.

Argued November 15, 1977. Joseph M. George, with him Harry Humbert, for appellant; Lloyd F. Engle, Jr., with him Lee A. Lazar, for appellees.

Order affirmed.